**Integrity Attorney Services**
**P.O. Box 33123**
**Phoenix, Arizona 85067-3123**

| | |
|---|---|
| IAS#: | 144543-ds |
| Atty#: 27816 | |

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

CARLA STAPLETON,
Plaintiff(s),

vs.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,
Defendant(s).

Case No: CV-25-03493-PHX-GMS

AFFIDAVIT OF SERVICE OF PROCESS

RYAN SOTELO, being duly sworn, states: That I am qualified to serve process in this cause, having been so appointed by the court in Maricopa County, Arizona. I received the following documents in this action:

SUMMONS; COMPLAINT; NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ORDER/NOTICE PURSUANT TO FED. R. CIV. P. 4(M); CIVIL COVERSHEET; ORDER RE: MOTIONS;

From SANDSTONE LAW GROUP, Erin Ronstadt, SBN 028362 on 10/6/2025, and in each instance I, personally, served a copy of each document listed above on those named below at the time and place shown, that all services, except where noted, were made within Maricopa County, Arizona.

Upon THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, by service upon the Department of Insurance and Financial Institutions in the State of Arizona, at 100 N. 15th Ave., Ste. 261, Phoenix, Arizona 85007, on 10/7/2025 at 10:09 AM, by leaving two sets of the above listed documents and $15.00 with Danielle Vaughn, Accounting Specialist.

/s Ryan Sotelo, MC-8550
Affiant authorized under A.R.C.P. 4 to serve legal papers in the above matter

SUBSCRIBED AND SWORN to me this 7th day of October, 2025.

Notary public: Daniel Joseph Ramos
My commission expires: October 2, 2029

DANIEL JOSEPH RAMOS
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 668726
MY COMMISSION EXPIRES
OCTOBER 02, 2029

| | |
|---|---|
| $75.00 | Fee for Service - RS |
| $5.00 | Fuel Surcharge |
| $ 80.00 | Total |