**Pro Hac Vice** ***Admission pending***
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant The Lincoln National Life Insurance Company*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carla Stapleton,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company, plan insurer and fiduciary,<br>Defendant. | Case No.: 2:25-CV-03493-GMS<br>**DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant The Lincoln National Life Insurance Company ("Defendant") in compliance with the provisions of:

__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

______ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must

file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

______ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclosure the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

______No such corporation.

__X__Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

_Lincoln National Corporation____________________ Relationship:___Parent___

________________________________________________ Relationship:__________

______Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of the financial interest. (Attach additional pages if needed).*

____________________________________Relationship:________________________

______Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 28th day of October 2025.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
*Attorney for The Lincoln National Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Ronstadt
erin@sandstonelawgroup.com

Kyle Shelton
kyle@sandstonelawgroup.com

Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.