UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carla Stapleton,<br>Plaintiff,<br>vs.<br>The Lincoln National Life Insurance Company,<br>Defendant. | Case No.: 2:25-cv-03493-GMS<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice. Each side will bear its own attorney's fees and costs.

DATED this ___ day of ___________ 2026.