IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Carla Stapleton,

Plaintiff,

v.

Lincoln National Life Insurance Company,

Defendant.

No. CV-25-03493-PHX-GMS

**ORDER**

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 14).

**IT IS ORDERED** granting the parties' Stipulation of Dismissal With Prejudice. (Doc. 14).

**IT IS FURTHER ORDERED** dismissing this matter with prejudice, each party to bear its own attorney's fees and costs.

Dated this 4th day of February, 2026.

G. Murray Snow
Senior United States District Judge